# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SCOTT RAYBURN CONSTRUCTION, LLC

VERSUS

SHEAUN L. HOOPER AND CRYSTAL S. HOOPER

NO.   2023 CW 0635

**SEPTEMBER 11, 2023**

---

In Re:   Scott Rayburn Construction, LLC and Evanston Insurance Company, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2022-0000069.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
      FOR THE COURT